IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRACE REQUIRES UNDERSTANDING, INC.,

    Plaintiff,

v.                                                                                          CV 10-528 BB/CG

MIKKI ROGERS, Director of the Developmental
Disabilities Services Division of the New Mexico
Department of Health, in her official capacity;
ALFREDO VIGIL, Secretary of the New Mexico
Department of Health, in his official capacity;
KATHRYN FALLS, Secretary of the New Mexico
Human Services Department, in her official
Capacity,

    Defendants.

## ORDER DENYING MOTION FOR LEAVE TO FILE EXCESS PAGES

**THIS MATTER** is before the Court on *Plaintiff's Motion for Leave to File Reply in Excess of Page Limits*, (Doc. 80). The Court will **DENY** the Motion because it was not filed in conformity with the Local Rules of Civil Procedure for the District of New Mexico. Local rule 7.1(a) states that a movant "must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M. LOCAL R. 7.1(a). Plaintiff's motion fails to state whether she sought concurrence from Defendants prior to filing the motion.

        **IT IS THEREFORE ORDERED** that *Plaintiff's Motion for Leave to File Reply in Excess of Page Limits*, (Doc. 80), be **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE