IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRACE REQUIRES UNDERSTANDING, INC.,

    Plaintiff,

v.                                                         CV 10-528 BB/CG

MIKKI ROGERS, Director of the Developmental
Disabilities Services Division of the New Mexico
Department of Health, in her official capacity;
ALFREDO VIGIL, Secretary of the New Mexico
Department of Health, in his official capacity;
KATHRYN FALLS, Secretary of the New Mexico
Human Services Department, in her official
Capacity,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME TO FILE CONSOLIDATED PRETRIAL ORDER

**THIS MATTER** is before the Court on Defendants' *Motion for Extension of Time to File Consolidated Pretrial Order*. (Doc. 77). Pursuant to the scheduling order filed by this Court on September 7, 2010, Plaintiff's consolidated pretrial order to Defendants was due by April 4, 2011, and Defendants' consolidated pretrial order to the District Court was to be filed no later than April 18, 2011. (Doc. 21 at 2). Plaintiff has yet to file her consolidated pretrial order as required by the scheduling order. (Doc. 77 at 1).[1] Defendants state that they are unable to file a final pretrial order to the court since they have not yet received Plainitff's pretrial order. Defendants argument is well-taken.

---

[1] Following the submission of Defendants' current motion, Plaintiff filed its *Motion for Extension of Time to File Consolidated Pretrial Order*. (Doc. 82). Plaintiff states that it is unable to file a pretrial order since it has not yet completed discovery. (*Id.* at 2).

**IT IS THEREFORE ORDERED** that Defendants' *Motion for Extension of Time to File Consolidated Pretrial Order*, (Doc. 77) be **GRANTED**. Defendants shall have two weeks from the entry of Plainitff's pretrial order to file their pretrial order.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE