IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRACE REQUIRES UNDERSTANDING, INC.,

      Plaintiff,

v.                                                                                                    CV 10-528 BB/CG

MIKKI ROGERS, Director of the Developmental
Disabilities Services Division of the New Mexico
Department of Health, in her official capacity;
ALFREDO VIGIL, Secretary of the New Mexico
Department of Health, in his official capacity;
KATHRYN FALLS, Secretary of the New Mexico
Human Services Department, in her official
Capacity,

      Defendants.

## ORDER DENYING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on attorney Mark Reynolds' *Motion to Withdraw*. (Doc. 92). Mr. Reynolds seeks to withdraw as attorney for Defendant Kathryn Falls and to have attorney Susan Sita substituted as counsel for Ms. Falls. (*Id.*). The motion fails to state whether concurrence was sought or received from opposing counsel, which is required pursuant to D.N.M. LOCAL R. 7.1(a). Additionally, the motion does not state whether Ms. Falls consents to the withdrawal, which is required pursuant to D.N.M. LOCAL R. 83.8(a). If the motion is opposed, Mr. Reynolds must file and serve the motion to withdraw on all parties, including Ms. Falls, and the motion must state that the parties have fourteen days to object to the motion. D.N.M. LOCAL R. 83.8(b).

**IT IS THEREFORE ORDERED** that Attorney Mark Reynolds' *Motion to Withrdaw*, (Doc. 92), be **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

.