IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRACE REQUIRES UNDERSTANDING, INC.,

    Plaintiff,

v.                                                                                  CV 10-528 BB/CG

MIKKI ROGERS, Director of the Developmental
Disabilities Services Division of the New Mexico
Department of Health, in her official capacity;
ALFREDO VIGIL, Secretary of the New Mexico
Department of Health, in his official capacity;
KATHRYN FALLS, Secretary of the New Mexico
Human Services Department, in her official
Capacity,

    Defendants.

## ORDER GRANTING AMENDED MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on Attorney Mark Reynolds' *Amended Motion to Withdraw.* (Doc. 95). Mr. Reynolds seeks to withdraw as attorney for Defendant Kathryn Falls and to have Attorney Susan Sita substituted as counsel for Ms. Falls. (*Id.*). The Court, having reviewed the Motion, which is unopposed, and otherwise being advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that counsel's *Amended Motion to Withdraw*, (Doc. 95), is hereby granted.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/ Mark H. Reynolds
Mark H. Reynolds
Attorney for the State Appellees/Defendants
Assistant Attorney General
Attorney General of New Mexico
P.O. Drawer 1508
Santa Fe, New Mexico 87504
Office (505) 827-7416
Fax (505) 827-5826
Email:  mreynolds@nmag.gov


/s/ Susan Sita
Susan Sita
Attorney for the State Appellees/Defendants
Assistant General Counsel
New Mexico Human Services Department P.O. Box 2348
Santa Fe, New Mexico 87504-2348
Office (505) 827-7701
Fax (505) 827-7729
Email: susan.sita@state.nm.us


APPROVED BY:

Approved via email on May 19, 2011
Marina A. Cordova
The Cordova Law Firm, LLC
551 W. Cordova  Road  –  Suite 234
Santa Fe, New Mexico 87505
Phone: 505-467-8395
Email: mcordova85@comcast.net